# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE K., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:18-CV-05898-MLP <br><br><br> ORDER |

It is hereby ORDERED that the unfavorable part of the Commissioner's partially favorable decision is reversed with a remand for a rehearing, i.e., for further administrative proceedings, under sentence four of 42 U.S.C. § 405(g).

Upon remand to the Commissioner of Social Security, an administrative law judge (ALJ) will:

(1) offer Plaintiff the opportunity to appear and testify an administrative hearing;

(2) allow Plaintiff to submit additional evidence and arguments;

(3) following the sequential evaluation, readjudicate Plaintiff's application for Disability Insurance Benefits with respect to the period during which Plaintiff was previously found not disabled;

(4) reevaluate the nature and severity of Plaintiff's impairments;

(5) reevaluate medical-opinion and medical evidence, including but not limited to opinions and evidence from Dr. Laja Ibraheem and Dr. Gerald Barba;

(6) if the sequential evaluation proceeds beyond Step Three, redetermine Plaintiff's residual functional capacity; and

(7) comply with Social Security Ruling 00-4p with respect to any vocational-expert testimony.

The favorable part of the Commissioner's partially favorable decision will be final and binding; no aspect of the unfavorable part of the Commissioner's partially favorable decision is affirmed. The ALJ on remand will render a de novo decision with respect to the period during which Plaintiff was previously found not disabled.

DATED this 20th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov